

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: COPART, INC., COPART OF HOUSTON, INC., AND HOUSTON COPART SALVAGE AUTO AUCTIONS, LP, | § | No. 08-18-00204-CV |
|  | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| Relators. | § |  |
|  | § |  |

**O R D E R**

In this original proceeding, Relators are challenging an order entered by the Honorable Luis Aguilar, former judge of the 243rd District Court of El Paso County, Texas, on November 13, 2018, in trial cause number 2017DCV4011, granting the Real Party in Interest's motion to permit pre-arbitration discovery. Judge Aguilar's term ended on December 31, 2018, and this original proceeding remains pending. The Honorable Selena Solis became judge of the 243rd District Court on January 1, 2019.

Rule 7.2(a) of the Texas Rules of Appellate Procedure provides for the automatic substitution of a public officer's successor as a party in an original proceeding. *See* TEX.R.APP.P. 7.2(a). On our own motion, we order that Judge Solis is substituted as the Respondent in this original proceeding. The Clerk of the Court is directed to change the records for the case to reflect that Judge Solis is substituted as the Respondent.

Rule 7.2(b) additionally requires an appellate court to abate an original proceeding to allow

1

the successor to reconsider the original party's decision. *See* TEX.R.APP.P. 7.2(b). On our own motion, we abate this original proceeding for forty-five days to allow Judge Solis to reconsider the order being challenged by Relators in this original proceeding. The stay order entered by this Court on November 20, 2018 is lifted for the limited purpose of allowing Judge Solis to reconsider the order challenged by Relators. Relators shall provide the Court with a certified or sworn copy of any pertinent orders entered by Judge Solis. If necessary, Relators will be provided an opportunity to file an amended mandamus petition and appendix.

IT IS SO ORDERED this 12th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.